[No. 1010-1.    Division One—Panel 2.    June 12, 1972.]

JACK McCOY, *Respondent*, v. CASCADE CHRYSLER PLYMOUTH DEALERS, INC., *et al.*, *Defendants*, BROADWAY CUSTOM FLOORS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 97009, Thomas R. Stiger, J., entered February 5, 1971. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by Callow and Armstrong, JJ.